Joseph Cohen, Appellant, v. David A. Mahoney and Others, Respondents.— Order granting defendants' motion for judgment on the pleadings dismissing the complaint unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of order upon payment of said costs and the ten dollars costs awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Marion O'Brien, Respondent, v. Denis Donegan, Appellant.— Order denying defendant's motion for judgment on the pleadings dismissing the complaint, and order denying motion for reargument of said motion, and order granting defendant's motion for reargument but adhering to the original determination denying defendant's motion for judgment on the pleadings and granting plaintiff's cross-motion to strike out the defense in paragraph second of the answer, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

James Young, Respondent, v. RKO Pathe Pictures, Inc., Appellant, Impleaded with Others.— Order denying motion of defendant-appellant for judgment on the pleadings unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

The New York Central Railroad Company, Respondent, v. Merchants Refrigerating Company, Appellant.—Action for rent alleged to be due under the provisions of a contract entered into by plaintiff and defendant, on November 7, 1932. Judgment entered on a directed verdict in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Sigmund Faust, Appellant, v. Harry L. Rice and Others, as Trustees, etc., of William B. Rice, Deceased, Respondents.— Order granting defendants' motion for judgment dismissing the complaint upon the ground that the complaint does not state facts sufficient to constitute a cause of action, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order upon payment of said costs and the ten dollars costs awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Joseph M. Berk, Appellant-Respondent, v. Transit Building, Inc., Respondent-Appellant, Impleaded with Others.— Order, so far as appealed from by plaintiff, denying plaintiff's motion to strike out the second, third and fourth defenses contained in the amended answer of the defendant, Transit Building, Inc., unanimously affirmed. Order, so far as appealed from by said defendant, unanimously reversed, with twenty dollars costs and disbursements to the defendant, and the motion to strike out the first, fifth and sixth defenses denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.